UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAURA M. JAMES,

      Plaintiff,

      v.

WATCO COMPANIES, INC., a
Kansas corporation,

      Defendant.

NO.  CV-04-5115-RHW

**ORDER DISMISSING CASE**

Before the Court is the parties' Stipulated Motion for Dismissal (Ct. Rec. 45).  The parties stipulate that the above-captioned case may be dismissed with prejudice and without costs or attorney fees to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1.　The parties' Stipulated Motion for Dismissal (Ct. Rec. 45) is **GRANTED**.

2.　The above-captioned case is **dismissed** with prejudice and without costs or attorneys fees to either party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** this 23rd day of January, 2006.


s/ Robert H. Whaley

ROBERT H. WHALEY
United States District Court

Q:\CIVIL\2004\James\dismiss.ord.wpd

**ORDER DISMISSING CASE ~ 1**